UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

# Appearance of Counsel

Appeal No.: **25-3685**

Case Title: **United States of America** vs. **Reggie Jordan**

List all clients you represent in this appeal:

**Reggie Jordan**

- ☑ Appellant
- ☐ Appellee
- ☐ Petitioner
- ☐ Respondent
- ☐ Amicus Curiae
- ☐ Intervenor
- ☐ Criminal Justice Act (Appointed)

☑ Check if a party is represented by more than one attorney.
☐ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here:**

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: **Michael Dominic Meuti**      Signature: s/ **Michael D. Meuti**

Firm Name: **Benesch, Friedlander, Coplan & Aronoff LLP**

Business Address: **127 Public Squre, Suite 4900**

City/State/Zip: **Cleveland, OH 44114**

Telephone Number (Area Code): **216.363.6246**

Email Address: **mmeuti@beneschlaw.com**

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

---

**CERTIFICATE OF SERVICE**

The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing.

---